UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------x
FARRELL FRITZ, P.C.,

                Plaintiff,

  - against -

BRUCE J. MABEY,

                Defendant.
------------------------------x

No. 09-CV-701 (JS) (ETB)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                            ) ss.:
COUNTY OF NASSAU    )

    I, TONI C. FARLEY, being duly sworn, depose and say: I am not a party to the action, am over 18 years of age and reside in Nassau County, New York

    On February 28, 2011, I served the within **LETTER REQUESTING A PRE-MOTION CONFERENCE WITH EXHIBIT 1,** by depositing a true copy thereof in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State via First Class Mail and also via Certified Mail, Return Receipt Requested, addressed to the following persons at the last known address set forth after their name:

TO:    Bruce J. Mabey
        *Pro Se Defendant*
        4236 Mount Olympus Way
        Salt Lake City, Utah 84124

AND
via Email at: Bruce@mabey.us

                                              _____
                                              Toni Farley

Sworn to before me this

28th day of February, 2011.

_____
Notary Public

KATHRYN CREMMINS
NOTARY PUBLIC, State of New York
No. 4894657
Qualified in Nassau County
Commission Expires July 13, 2011